DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31·

WEEKS v. N. C. DEPT. OF NAT. RESOURCES
    AND COMM. DEVELOPMENT

No. 87P90

Case below: 97 N.C.App. 215

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 10 May 1990.

WHITE v. HUGH CHATHAM MEMORIAL HOSPITAL

No. 71P90

Case below: 97 N.C.App. 130

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 10 May 1990.

WHITE v. N. C. BD. OF PRACTICING PSYCHOLOGISTS

No. 109P90

Case below: 97 N.C.App. 144

Motion by defendant to dismiss appeal by plaintiff for lack of substantial constitutional question allowed 10 May 1990. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 10 May 1990. Motion by plaintiff to dismiss appeal by defendant for lack of substantial constitutional question allowed 10 May 1990. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 10 May 1990.

YORK v. NORTHERN HOSPITAL DISTRICT

No. 18P90

Case below: 96 N.C.App. 456

Petition by defendants (Guidetti and Anesthesia Associates) for discretionary review pursuant to G.S. 7A-31 denied 10 May 1990.